IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>AT&T MOBILITY LLC;  AT&T MOBILITY II LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br>    Defendants. | Civil Action No. 13-cv-1668-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>LEAP WIRELESS INTERNATIONAL, INC. and CRICKET COMMUNICATIONS, INC.,<br><br>    Defendants. | Civil Action No. 13-cv-1669-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEXTEL OPERATIONS, INC. AND SPRINT SPECTRUM L.P.,<br><br>    Defendants. | Civil Action No. 13-cv-1670-LPS<br><br>JURY TRIAL DEMANDED |

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

      Plaintiffs,

      v.

T-MOBILE USA, INC., and T-MOBILE
US, INC.,

      Defendants.

Civil Action No. 13-cv-1671-LPS

JURY TRIAL DEMANDED

INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC,

      Plaintiffs,

      v.

UNITED STATES CELLULAR
CORPORATION,

      Defendant.

Civil Action No. 13-cv-1672-LPS

JURY TRIAL DEMANDED

## ORDER

On September 8, 2014, the Court issued a Memorandum Order severing the five cases above into ten cases. This Order implements the Court's Memorandum Order.

1.    The Clerk shall amend the caption of the five cases above as set forth in Exhibit A.

2.    The Clerk shall open five new cases as set forth in Exhibit B.

3.    Within two (2) business days of the Clerk opening the five new cases, the Plaintiffs in the cases listed in Exhibit A shall file amended complaints and the Plaintiffs listed in Exhibit B shall file complaints in each case.

4.    The Defendants in the cases listed in Exhibits A and B shall have 21 days after service of the amended complaints/complaints to answer, move, or otherwise respond to the amended complaints/complaints.

Date: _September 23, 2014_

_____
The Honorable Leonard P. Stark

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC;  AT&T MOBILITY II LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br>    Defendants. | Civil Action No. 13-cv-1668-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC<br><br>    Plaintiff,<br><br>    v.<br><br>CRICKET COMMUNICATIONS, INC.,<br><br>    Defendants. | Civil Action No. 13-cv-1669-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTEL OPERATIONS, INC. AND SPRINT SPECTRUM L.P.,<br><br>    Defendants. | Civil Action No. 13-cv-1670-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>T-MOBILE USA, INC., and T-MOBILE US, INC.,<br><br>    Defendants. | Civil Action No. 13-cv-1671-LPS<br><br>JURY TRIAL DEMANDED |

INTELLECTUAL VENTURES I LLC,

       Plaintiffs,

         v.

UNITED STATES CELLULAR
CORPORATION,

       Defendant.

Civil Action No. 13-cv-1672-LPS

JURY TRIAL DEMANDED

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>AT&T MOBILITY LLC;  AT&T MOBILITY II LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br>     Defendants. | Civil Action No. 14-cv-_____-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>CRICKET COMMUNICATIONS, INC.,<br><br>     Defendants. | Civil Action No. 14-cv-_____-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>NEXTEL OPERATIONS, INC. AND SPRINT SPECTRUM L.P.,<br><br>     Defendants. | Civil Action No. 14-cv-_____-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>T-MOBILE USA, INC., and T-MOBILE US, INC.,<br><br>     Defendants. | Civil Action No. 14-cv-_____-LPS<br><br>JURY TRIAL DEMANDED |

INTELLECTUAL VENTURES II LLC,

      Plaintiff,

      v.

UNITED STATES CELLULAR
CORPORATION,

      Defendant.

Civil Action No. 14-cv-_____-LPS

JURY TRIAL DEMANDED